IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **United States of America ex rel. Barry Rostholder,** *et al.*<br><br>**Plaintiffs,**<br><br>v.<br><br>**Omnicare, Inc., et al.**<br><br>**Defendants.** | **Case No. CCB-07-1283**<br><br>**Judge Catherine C. Blake** |

**STIPULATED ORDER FOR EXTENSIONS OF TIME**

Defendants Omnicare, Inc. and Omnicare Distribution Center, LLC (collectively, "Defendants" or "Omnicare") and Plaintiff Barry Rostholder ("Relator") hereby stipulate and agree through undersigned counsel to the following modifications to the filing schedule set forth in Local Rule 105(2)(a):

1. Defendants' Motion to Dismiss Relator's Second Amended Complaint shall be filed on or before the later of (i) twenty-eight (28) days following the Court's ruling on Defendants' Motion to Unseal or (ii) January 24, 2011;2.

2. Relator's Memoranda in Opposition to Defendants' Motion to Dismiss shall be filed within twenty-eight (28) days following the filing of Defendants' Motion to Dismiss, an extension of fourteen (14) days of the ordinary filing schedule.

_____/s/_____
**Robin Page West**
Cohan West and Karpook PC
201 N Charles St Ste 2404
Baltimore, MD 21201-4110
Fax: 14103324079
Email: rpw@cohanwest.com

David L. Haron
Mercedes Varasteh Dordeski
FRANK, HARON, WEINER, & NAVARRO, P.L.C.
5435 Corporate Drive, Suite 225
Troy, MI 48098
(248) 952-0400 (telephone)
(248) 952-0890 (fascimile)

Gerald C. Robinson
HELLMUTH & JOHNSON, PLLC
10400 Viking Drive, Suite 500
Eden Prairie, MN 55344
(952) 941-4005 (telephone)
(952) 941-2337

*Counsel for Plaintiff/Relator*


_____/s/_____
REED SMITH LLP
Lawrence S. Sher
Eric A. Dubelier
Katherine J. Seikaly
1301 K St., NW
Suite 1100 East Tower
Washington, D.C. 20005
(202) 414-9200 (telephone)
(202) 414-9299 (facsimile)
lsher@reedsmith.com
edubelier@reedsmith.com
kseikaly@reedsmith.com

*Counsel for Defendants*


SO ORDERED this \_\_\_\_ day of _____, 20\_\_\_\_.


_____
Catherine C. Blake
United States District Judge