IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. BARRY ROSTHOLDER, ET AL. | * | |
| | * | |
| | * | |
| v. | | Civil No.: CCB-07-1283 |
| | * | |
| OMNICARE, INC., ET AL. | | |
| | * | |

### ORDER

Relator's motion and amended motion for reconsideration have been read, together with the defendants' opposition and the relator's reply. While I understand that relator disagrees with my memorandum and order issued August 14, 2012, this is not sufficient to satisfy Rule 59(e) standards. *Hutchinson v. Staton*, 994 F.2d 1076, 1081-82 (4th Cir. 1993). Nor has relator shown grounds to file yet another amended complaint.

Accordingly, it is hereby **ORDERED** that:

1. the initial motion for reconsideration (ECF No. 107) is **Denied as moot**; and

2. the amended motion for reconsideration (ECF No. 108) is **Denied**.

Date: October 19, 2012           _____/s/_____
                                  Catherine C. Blake
                                  United States District Judge