IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, and WISCONSIN; COOK COUNTY, ILLINOIS; THE CITIES OF CHICAGO and NEW YORK; and the DISTRICT OF COLUMBIA ex rel. BARRY ROSTHOLDER and BARRY ROSTHOLDER, individually, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs/Relator, | ) ) |
| v. | ) ) |
| OMNICARE, INC., a Delaware Corporation; OMNICARE DISTRIBUTION CENTER, LLC, f/k/a HEARTLAND REPACK SERVICES, LLC, a Delaware Limited Liability Company, jointly and severally, and Doe Corporation 1 | ) ) ) ) ) ) |
| Defendants. | ) |

Case No.  CCB-07-1283
Honorable: Catherine C. Blake

.

**NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 3(c)(1) and 4(a), Plaintiff/Relator Barry Rostholder hereby gives notice that he appeals to the United States Court of Appeals for the Fourth Circuit from the following:

1.  The October 19, 2012 Order (Docket No. 111) denying Plaintiff/Relators' Amended Motion for Reconsideration filed under Federal Rule of Civil Procedure 59(e).

1

2. The August 14, 2012 Order (Docket No. 104) granting Defendants' Motion to Dismiss with prejudice as to Relator.

3. The August 14, 2012 Memorandum (Docket No. 103) granting Defendants' Motion to Dismiss with prejudice as to Relator.

Respectfully submitted,

Dated: November 16, 2012

     /s/  Gerald C. Robinson
Gerald C. Robinson (95335)
GERALD ROBINSON LAW FIRM, PLLC
5600 West 70th Street
Minneapolis, MN  55439
Telephone: (612) 803-5981
Facsimile:  (952) 941-4655
E: gerald.robinson@live.com

*Attorney for Plaintiff/Relator Rostholder*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 16, 2012, a true copy of the foregoing Notice of Appeal was electronically filed in this case and thereby served via the Court's electronic CM/ECF service to:

REED SMITH, LLP
Lawrence S. Sher
Katherine J. Seikaly
Eric A. Dubelier
Attorneys for Defendants
1301 K St., NW, Suite 1100 East Tower
Washington, DC 20005
lsher@reedsmith.com
kseikaly@reedsmith.com
edubelier@reedsmith.com
*Attorneys for Defendants*

FRANK, HARON, WEINER, P.L.C.
David L. Haron (P14655)
Mercedes L. Varasteh (P70821)
Attorneys for Relator
5435 Corporate Drive, Suite 225
Troy, MI 48098
T:  (248) 952-0400
F:  (248) 952-0890
dharon@fhwnlaw.com
mvarasteh@fhwnlaw.com
*Attorneys for Plaintiff/Relator Rostholder*


Tarra DeShields Minnis
Office of United States Attorney
36 S. Charles St., 4th Fl.
Baltimore, MD 21201
tarra.deshields@usdoj.gov
*Attorney for the United States*

COHAN, WEST & KARPOOK, P.C.
Robin Page West (#001233)
Attorney for Relator
201 N. Charles St., Suite 2404
Baltimore, MD 21201-4110
T:  (410) 332-1400
F:  (410) 332-4079
rpw@cohanwest.com
*Attorneys for Plaintiff/Relator Rostholder*


By:  _____/s/ Gerald C. Robinson_____
Gerald C. Robinson (95335)
GERALD ROBINSON LAW FIRM, PLLC
5600 West 70th Street
Minneapolis, MN  55439
Telephone: (612) 803-5981
Facsimile:  (952) 941-4655
Email: gerald.robinson@live.com
*Attorney for Plaintiff/Relator Rostholder*